# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700240

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### PARIS T. CARR
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Brian E. Kasprzyk, USMCR.
Convening Authority: Commanding General, Third Marine Aircraft
Wing, Marine Corps Air Station Miramar, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Wilbur
Lee, USMC.
For Appellant: Lieutenant Colonel Richard D. Belliss, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 26 October 2017

———————————————

Before GLASER-ALLEN, HUTCHISON, and SAYEGH, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court